**Abatement Order filed November 5, 2013**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-13-00692-CR**
_____

**SAUNDREA ANNETTE JACKSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 263rd District Court**
**Harris County, Texas**
**Trial Court Cause No. 1340533**

## ABATEMENT ORDER

Appellant is represented by appointed counsel on appeal, Jim Leitner. On October 23, 2013, counsel filed a motion to withdraw as appellate counsel because he has accepted full-time employment with the Harris County Sheriff's Department. Accordingly, we enter the following order.

We ORDER the judge of the 263rd District Court to consider counsel's request to withdraw. If current counsel is permitted to withdraw, the judge shall

appoint new appellate counsel for appellant. The judge shall see that a record of any hearing is made, and shall order the trial clerk to forward a record of the hearing and a supplemental clerks record containing any orders permitting counsel to withdraw and appointing new counsel. Those records shall be filed with the clerk of this court on or before **December 5, 2013.**

The appeal is abated, treated as a closed case, and removed from this Court's active docket. The appeal will be reinstated on this Court's active docket when the trial court's findings and recommendations are filed in this Court. The Court will also consider an appropriate motion to reinstate the appeal filed by either party, or the Court may reinstate the appeal on its own motion. It is the responsibility of any party seeking reinstatement to request a hearing date from the trial court and to schedule a hearing in compliance with this Court's order. If the parties do not request a hearing, the court coordinator of the trial court shall set a hearing date and notify the parties of such date.

It is so ORDERED.

PER CURIAM